Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
ABNER ESTRADA CRUZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ABNER ESTRADA CRUZ,<br><br>　　　　　　Defendant. | Case No.: 2:24-CR-00247 DAD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

Defendant Abner Estrada Cruz, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for March 24, 2025, be continued to May 12, 2025, at 9:30am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the May 12, 2025, date.

In support of this stipulation, the parties request that the Court find the following:

1. The Status Conference in this matter was set for March 24, 2025, upon defendant's arraignment on January 24, 2025, and pursuant to the government's representation and request to align this case with related cases.

2. To date, defense counsel has received 500-600 pages of documents and numerous

1

**Stipulation and Order for Continuance**

recordings.

3. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

4. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from March 24, 2025 to May 12, 2025, inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 19, 2025                                /s/ETAN ZAITSU

ETAN ZAITSU
Counsel for Defendant
ABNER ESTRADA CRUZ

Dated: March 19, 2025                                MICHELE BECKWITH
United States Attorney


 /s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

2

**Stipulation and Order for Continuance**

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference currently scheduled for March 24, 2025, is hereby continued to May 12, 2025, at 9:30am.  It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 20, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Continuance**