Etan Zaitsu [CA SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
(916) 542-0270
etan@zaitsulaw.com

Attorney for Defendant
ABNER ESTRADA CRUZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>ABNER ESTRADA CRUZ,<br><br>                          Defendant. | Case No.: 2:24-CR-00247 DAD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

Defendant Abner Estrada Cruz, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for August 4, 2025, be continued to October 27, 2025, at 9:30am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the October 7, 2025, date.

In support of this stipulation, the parties request that the Court find the following:

1. This case was reassigned from Judge Calabretta to Judge Drozd on July 23, 2025.
2. At that time, the Court reset the status conference from August 7, 2025, to August 4, 2025.
3. To date, defense counsel has received 500-600 pages of documents and numerous

1

**Stipulation and Order for Continuance**

recordings.

4. At this time, counsel for defendant requires additional time to conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions, and to otherwise prepare for trial.

5. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from August 4, 2025, to October 27, 2025 inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  August 1, 2025                         /s/ETAN ZAITSU
                                               ETAN ZAITSU
                                               Counsel for Defendant
                                               ABNER ESTRADA CRUZ


Dated:  August 1, 2025                         MICHELE BECKWITH
                                               United States Attorney


                                                /s/ KRISTIN SCOTT
                                               KRISTIN SCOTT
                                               Assistant United States Attorney

2

**Stipulation and Order for Continuance**

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference currently scheduled for August 4, 202,5 is hereby continued to October 27, 2025, at 9:30am.  It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) (Local Code T4), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **August 1, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**Stipulation and Order for Continuance**