Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
ABNER ESTRADA CRUZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABNER ESTRADA CRUZ,<br><br>Defendant. | Case No.: 2:24-CR-00247 DJC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

## STIPULATION

Defendant Abner Estrada Cruz, by and through his undersigned counsel, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate and request that the Status Conference previously set for March 30, 2026, be continued to April 27, 2026, at 9:30am. The defendant further agrees to waive time under the Speedy Trial Act pursuant to Local Code T4, defense preparation, up to and through the April 27, 2026, date.

In support of this stipulation, the parties request that the Court find the following:

1. This case was reassigned from Judge Calabretta to Judge Drozd on July 23, 2025.
2. At that time, the Court reset the status conference from August 7, 2025, to August 4, 2025. The Court has since granted several stipulated requests to continue the case.

1

**Stipulation and Order for Continuance**

3. To date, defense counsel has received 500-600 pages of documents and numerous recordings.

4. At this time, counsel for defendant requires additional time to discuss the plea agreement provided by the government, and to otherwise conduct investigation and research related to the charges.

5. The parties stipulate that the failure to grant the above-requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. For the purposes of calculating time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the parties agree and request that the time period from March 30, 2026, to April 27, 2026 inclusive, be excluded under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] upon such finding by the Court that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 25, 2026                          s/ETAN ZAITSU
                                               ETAN ZAITSU
                                               Attorney for the Defendant
                                               ABNER ESTRADA CRUZ


Dated: March 25, 2026                          ERIC GRANT
                                               United States Attorney

                                               /s/ CAMERON DESMOND
                                               CAMERON DESMOND
                                               Assistant United States Attorney

**Stipulation and Order for Continuance**

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference currently scheduled for March 30, 2026, is hereby continued to April 27, 2026, at 9:30 a.m.  It is further ordered that the time period between these dates is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **March 25, 2026**          _____
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE

3

**Stipulation and Order for Continuance**