Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
ABNER ESTRADA-CRUZ

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABNER ESTRADA-CRUZ,<br>Defendant. | Case No.: 2:24-CR-00247 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND ALL REMAINING FILING DUE DATES** |

The parties, defendant Abner Estrada-Cruz through counsel, and the government through its counsel, hereby stipulate and request that the previously filed stipulation be amended to request a continuance of the sentencing date from August 31, 2026, to October 5, 2026.

In support of this request and stipulation, the parties request that the Court find the following:

1. On May 31, 2021, Mr. Estrada-Cruz entered a plea of guilty pursuant to a plea agreement between the parties. At the hearing, the Court granted Mr. Cruz's request to extend the date of sentencing if requested after the Court rules on the parties' objections as to the aggravating role enhancement under § 3B1,1 that is expected to be at issue at sentencing.

2. The probation interview took place on June 29, 2026. The Draft PSR was provided to the parties on July 20, 2026.
3. Counsel for the defendant requests additional time to prepare informal objections, which were ordered due on August 3, 2026. Counsel asserts that addressing the 4-point aggravating role enhancement recommended by Probation requires additional research and a request for additional discovery.
4. For these reasons, counsel for the defendant proposes the following filing schedule:

| | |
|---|---|
| Sentencing Date: | October 5, 2026 |
| Reply: | September 28, 2026 |
| Formal Objections: | September 21, 2026 |
| Final PSR: | September 14, 2026 |
| Informal Objections: | September 8, 2026 |

5. The government is not opposed to the continuance request.
6. Probation has been consulted and agrees with these dates.

SO STIPULATED

Respectfully submitted,

Dated: August 13, 2026

s/ETAN ZAITSU
ETAN ZAITSU
Attorney for the Defendant
ABNER ESTRADA-CRUZ

Dated: August 13, 2026

ERIC GRANT
United States Attorney

/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties[1] and good cause appearing, the sentencing hearing currently scheduled for August 31, 2026, is hereby continued to October 5, 2026, at 9:30am, and any remaining filings will be due consistent with the parties' stipulated schedule set forth above.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The parties' stipulation contains a typographical error in indicating that defendant Estrada Cruz entered his guilty plea pursuant to plea agreement in this case on May 31, 2021. The docket accurately reflects that the change of plea hearing was held on May 11, 2026. (Doc. No. 41.)